◼ The People of the State of New York, Respondent, v Wesley Bruce, Also Known as Al, Also Known as L, Appellant. (Appeal No. 1.) [847 NYS2d 874]—Appeal from a judgment of the Cayuga County Court (Mark H. Fandrich, J.), rendered December 12, 2006. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree.

(Appeal No. 2.) [847 NYS2d 874]—Appeal from a judgment of the Cayuga County Court (Mark H. Fandrich, J.), rendered December 12, 2006. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Gorski, Lunn, Fahey and Peradotto, JJ.